

SEALED

**FILED**

SEP 1 2 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

[SEALED]                          )
                                  )
                                  ) MISC. NO. 2:11mj 288 GGH
                                  )
_____ )

## SEALING ORDER

Upon Application of the United States of America and to avoid possible fleeing of the defendants prior to arrest,

IT IS HEREBY ORDERED that the attached document entered herein and any associated material is hereby SEALED until the arrest of the first defendant in this case on the attached complaint or further order of this Court.

DATED: September 12, 2011

GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

1