BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Chief, Drugs and Violent Crimes
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRYAN SMITH, et al., ) <br> ) <br> Defendants. ) <br> _____) | NO. 2-11-mj-288 GGH <br><br> APPLICATION AND ORDER <br> FOR UNSEALING COMPLAINT |

On September 12, 2011, the complaint was filed in the above-referenced case.  Since the defendants have now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint be unsealed.

DATED: September 15, 2011          BENJAMIN B. WAGNER
                                   United States Attorney


                                   By:/s/ Richard J. Bender
                                      RICHARD J. BENDER
                                      Assistant U.S. Attorney

                    ORDER
SO ORDERED:

DATED: September 15, 2011
                         /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE