```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DANIEL GOLDSMITH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-428 GEB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| SMITH, et al., | ) | |
| Defendants. | ) | Date: March 9, 2012 |
| | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Garland E. Burrell, Jr. |

 IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, through their respective attorneys, that the status conference scheduled for March 9, 2012, may be continued to March 30, 2012, at 9:00 a.m.

 All defense counsel continue to research and investigate legal and factual issues. To afford time for necessary preparation and review, the parties agree that time under the Speedy Trial Act should be excluded through March 30, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that

the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                           Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Defender

Dated:  March 7, 2012            /s/ T. Zindel
                                           TIMOTHY ZINDEL
                                           Assistant Federal Defender
                                           Attorney for DANIEL GOLDSMITH

Dated:  March 7, 2012            /s/ T. Zindel for M. Reichel
                                           MARK REICHEL
                                           Attorney for BRYAN SMITH

Dated:  March 7, 2012            /s/ T. Zindel for W. Bonham
                                           WILLIAM E. BONHAM
                                           Attorney for BRUCE GOLDSMITH

Dated:  March 7, 2012            /s/ T. Zindel for M. Hansen
                                           MICHAEL E. HANSEN
                                           Attorney for ROBERT KLAUS

Dated:  March 7, 2012            /s/ T. Zindel for S. KUBOCHI
                                           A. STANLEY KUBOCHI
                                           Attorney for RYDER PHILLIPS

Dated:  March 7, 2012            /s/ T. Zindel for H. GABLE
                                           HAYES H. GABLE, III
                                           Attorney for KELLY SMITH

                                           BENJAMIN B. WAGNER
                                           United States Attorney

Dated:  March 7, 2012            /s/ T. Zindel for R. Bender
                                           RICHARD BENDER
                                           Assistant U.S. Attorney

**O R D E R**

The status conference is continued to March 30, 2012, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public

1  and the defendant in a speedy trial and therefore excludes time under the
2  Speedy Trial Act through March 30, 2012.
3      IT IS SO ORDERED.
4  Dated:  March 7, 2012

6  _____
   GARLAND E. BURRELL, JR.
7  United States District Judge

Stip. in U.S.A. v. Smith, et al.            3