William E. Bonham, SB# 55478
Hotel de France Bldg., Old Sacramento
916 2nd Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for: Bruce GOLDSMITH

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 11-CR-428 |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO MODIFY RELEASE CONDITIONS |
| v. | ) | |
| SMITH, et al | ) | |
| Defendants. | ) | |

Defendant, Bruce Goldsmith, by and through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the Court modify the conditions of Mr. Goldsmith's release to include the following additional condition:

> You shall refrain from **ANY** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used.

All other conditions to remain the same.

1

The parties have conferred and are agreeable to this new condition.

Dated: November 2, 2012         BENJAMIN B. WAGNER
                                United States Attorney

                                By: /s/ WILLIAM BONHAM for
                                RICHARD BENDER
                                Assistant U.S. Attorney


Dated: November 2, 2012         By: /s/ WILLIAM BONHAM for
                                WILLIAM BONHAM
                                Counsel for defendant Bruce Goldsmith

## ORDER

IT IS SO ORDERED. Mr. Goldsmiths's conditions of release are modified to include the following additional condition:

You shall refrain from **ANY** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used.

**Date: 11/5/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28